# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1 S.A.N.T., INC. (a/k/a 1 SAINT, INC.) d/b/a TOWN & COUNTRY and d/b/a GATHERINGS BANQUET & EVENT CENTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>BERKSHIRE HATHAWAY INC.; and NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 20-862<br><br>Judge William S. Stickman IV |

## NATIONAL FIRE & MARINE INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)

  Defendant National Fire & Marine Insurance Company ("National Fire") moves to dismiss this action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). As explained in National Fire's brief in support of this Motion, Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted for several reasons, including: (a) the plain and unambiguous virus exclusion in the insurance policy applies, and should be enforced; and (b) Plaintiff has not suffered the physical damage to property necessary to trigger coverage under the insurance policy.

                     Respectfully submitted,

                      */s/ Robert L. Byer*
                      Robert L. Byer (PA 25447)
                      Julie S. Greenberg (PA 79697)
                      DUANE MORRIS, LLP
                      600 Grant Street, Suite 5010
                      Pittsburgh, PA 15219
                      Ph: 412-497-1004
                      Fx: 412-202-3330
                      rlbyer@duanemorris.com
                      jsgreenberg@duanemorris.com

Damon N. Vocke
(*Admission Pending*)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Ph: 212-692-1059
Fx: 312-277-2375
dnvocke@duanemorris.com

Counsel for National Fire & Marine Insurance Company