# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1 S.A.N.T., INC. (a/k/a 1 SAINT, INC.) d/b/a TOWN & COUNTRY and d/b/a GATHERINGS BANQUET & EVENT CENTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKSHIRE HATHAWAY INC.; and NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 20-862<br><br>Judge William S. Stickman IV |

## BERKSHIRE HATHAWAY INC.'S MOTION TO DISMISS BASED ON LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND FAILURE TO STATE A CLAIM

Berkshire Hathaway Inc. ("Berkshire Hathaway"), moves to dismiss the First Amended Complaint ("Complaint") for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. As explained in more detail in the accompanying Brief, this motion is based upon Plaintiff's failure in its Complaint to plead any facts that establish (a) a basis for either general or specific personal jurisdiction in Pennsylvania; (b) a basis for venue in the Western District of Pennsylvania; or (c) any facts or allegations related to Berkshire Hathaway. In support of its Motion, Berkshire Hathaway submits the Declaration of Daniel Jaksich, attached as Exhibit 1.

                                                                              Respectfully submitted,

                                                                              */s/ Robert L. Byer*
                                                                              Robert L. Byer (PA 25447)
                                                                              Julie S. Greenberg (PA 79697)
                                                                              DUANE MORRIS, LLP
                                                                              600 Grant Street, Suite 5010
                                                                              Pittsburgh, PA 15219
                                                                              Ph: 412-497-1004
                                                                              Fx: 412-202-3330
                                                                              rlbyer@duanemorris.com
                                                                              jsgreenberg@duanemorris.com

Damon N. Vocke
(*Admission Pro Hac Vice Pending*)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Ph: 212-692-1059
Fx: 312-277-2375
dnvocke@duanemorris.com